# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | |
|---|---|
| Maurice Jones | Case No.: 14-18540<br>Chapter: 13<br>Hearing Date: 01/05/2017<br>Judge: Timothy A. Barnes |
| Debtor(s) | |

## NOTICE OF MOTION

TO:   Marilyn O. Marshall, Chapter 13 Trustee, 224 S Michigan, Ste. 800, Chicago, IL 60604 by electronic notice through ECF
Maurice Jones, Debtor(s), 1123 N. Monitor, Chicago, IL 60651
David Freydin, Attorney for Debtor(s), 8707 Skokie Blvd. Suite 305, Skokie, IL 60077 by electronic notice through ECF

  PLEASE TAKE NOTICE that on 01/05/2017, at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Timothy A. Barnes, Bankruptcy Judge, in the courtroom usually occupied by him/her at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, IL or before any other Bankruptcy Judge who may be sitting in his/her place and stead, and shall then and there present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

## PROOF OF SERVICE

  The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on December 12, 2016 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on December 13, 2016.

/s/ Peter C. Bastianen
Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-14-11756)**

NOTE: This law firm is a debt collector.

# **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on December 12, 2016 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on December 13, 2016.

  Marilyn O. Marshall, Chapter 13 Trustee, 224 S Michigan, Ste. 800, Chicago, IL 60604 by electronic notice through ECF
  Maurice Jones, Debtor(s), 1123 N. Monitor, Chicago, IL 60651
  David Freydin, Attorney for Debtor(s), 8707 Skokie Blvd. Suite 305, Skokie, IL 60077 by electronic notice through ECF

                                                                   /s/ Peter C. Bastianen
                                                                    Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-14-11756)**

NOTE: This law firm is a debt collector.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Maurice Jones

Debtor(s)

Case No.: 10-36013
Chapter: 13
Hearing Date: 01/05/2017

Judge: Timothy A. Barnes

## MOTION TO EXTEND TIME

**NOW COMES** MORTGAGE CLEARING CORPORATION, (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court pursuant to Fed. R. Bankr. P. 9006(b) for an extension of time to file its Response to the Notice of Payment of Final Mortgage Cure Under Rule 3002.1(f) filed by the Trustee, and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois, Eastern Division;

2. The Debtor is indebted to Movant for which the Movant claims a valid security interest in the property commonly known as 1123 N. Monitor, Chicago, Illinois;

3. On 11/21/16, the Trustee filed and served a Notice of Payment of Final Mortgage Cure Under Rule 3002.1(f);

4. Pursuant to Fed. R. Bankr. P. 3002.1(g), the 21 day deadline for Movant to file and serve its Response the Trustee's Notice expires on December 12, 2016;

5. Movant is in the process of preparing its Response but requires additional time to complete, file and serve its Response;

**WHEREFORE,** MORTGAGE CLEARING CORPORATION prays this Court enter an Order pursuant to Fed. R. Bankr. P. 9006(b) extending the time for Movant to file its Response to the Trustee's Notice of Final Mortgage Mortgage Cure Under Rule 3002.1(f), and for such other and further relief as this Court may deem just and proper.

Dated this December 12, 2016.

> Respectfully Submitted,
> Codilis & Associates, P.C.
>
> By: /s/ Peter C. Bastianen
>
> Berton J. Maley ARDC#6209399
> Rachael A. Stokas ARDC#6276349
> Gloria C. Tsotsos ARDC#6274279
> Jose G. Moreno ARDC#6229900
> Peter C. Bastianen ARDC#6244346
> Joel P. Fonferko ARDC#6276490
> Maria A. Georgopoulos ARDC#6281450
> **Codilis & Associates, P.C.**
> 15W030 North Frontage Road, Suite 100
> Burr Ridge, IL 60527
> (630) 794-5300
> **C&A FILE (14-10-13176)**

NOTE: This law firm is deemed to be a debt collector.