**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:     Maurice Jones            )
              Debtor.               )    14 B 18540
                                    )    Judge Timothy A Barnes

*Notice of Withdrawal of Notice of Final Cure*

      Now comes Standing Chapter 13 Trustee, Marilyn O. Marshall, and hereby withdraws the Notice of Final Cure Mortgage Payment filed in this case on November 21, 2016, listed as docket entry number 63.

/s/A. Stewart Chapman
A. Stewart Chapman
for Marilyn O. Marshall

*Certificate Of Service*

**Maurice Jones**
1123 N Monitor
Chicago, IL 60651

Mortgage Clearing Corp
5612 S Lewis Ave
Tulsa OK 74105-7107

**David Freydin LTD**
Via Clerk's ECF noticing procedures

I certify under penalty of perjury that I caused a copy of this notice be served on or mailed to the above listed persons as noted or by first class US mail, postage prepaid, on or before January 10, 2017.

/s/A. Stewart Chapman
A. Stewart Chapman
for Marilyn O. Marshall

Office of the Chapter 13 Trustee
Marilyn O Marshall
224 South Michigan Ave.
Suite 800
Chicago, Illinois 60604
312-431-1300